AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio



JENNIFER K. AGERS

*Plaintiff(s)*

v.

JOSEPH, MANN, AND CREED

*Defendant(s)*

Civil Action No. 5:20-cv-00198

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JOSEPH, MANN, AND CREED
c/o REGISTERED AGENT
MEDIA COLLECTIONS, INC.
8948 CANYON FALLS BLVD #200
TWINSBURG OH 44087

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Omar T. Sulaiman
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Sandy Opacich

CLERK OF COURT

Date: 01/30/2020

/s/ *Terri L. Masich*

Signature of Clerk or Deputy Clerk



## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Ohio

Case Number: 5:20-CV-00198

Plaintiff:
**Jennifer K. Agers**

vs.

Defendant:
**Joseph, Mann & Creed**

Received by R.O.S. Consulting, Inc. on the 5th day of February, 2020 at 6:54 am to be served on **Joseph, Mann & Creed c/o R.A. Media Collections, Inc., 8948 Canyon Falls Blvd., #200, Twinsburg, OH 44087**.

I, John Richards, do hereby affirm that on the **5th day of February, 2020** at **10:25 am**, I:

served an **AUTHORIZED** individual/employee by delivering a true copy of the **Summons, Consent to Exercise of Jurisdiction & Complaint**, to: **Lisa Stoughton** as **Compliance Officer** at the address of: **8498 Canyon Falls Blvd., #200, Twinsburg, OH 44087**, who stated they are authorized to accept service for **Joseph, Mann & Creed**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
2/5/2020 10:25 am Lisa Stoughton, Compliance Officer, was cooperative and signed for service.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 130, Hair: Blonde, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

John Richards
Process Server

R.O.S. Consulting, Inc.
23900 Industrial Dr.
Suite 3
Plainfield, IL 60585
(815) 370-5866

Our Job Serial Number: BAC-2020000127
Ref: Agers v. Joseph, Mann & Creed

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1e