# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER K. AGERS, | ) | CASE NO.  5:20-cv-198 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JOSEPH, MANN & CREED, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

In response to the Court's order to show cause (*see* Doc. No. 10), plaintiff has advised the Court that this matter has settled between the parties. (*See* Doc. Nos. 11, 12.)

At plaintiff's request, this case is stayed until June 29, 2020, by which date a final agreed entry shall be filed dismissing the case.


**IT IS SO ORDERED**.

Dated: May 29, 2020

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**